UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                      Case No. 1:09-cr-290

v.                                               HON. JANET T. NEFF

CHEYENNE BILLIE TRICE, JR.,

       Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**

Defendant Cheyenne Billie Trice, Jr. has filed a motion for modification or reduction of sentence (Dkt 533) pursuant to 18 U.S.C. §3582(c)(2) on the basis of Amendment 782 of the United States Sentencing Guidelines, made retroactive by the Sentencing Commission. The U.S. Probation Department has filed a Sentence Modification Report (Dkt 588), Defendant has filed a Response (Dkt 592), the Government has filed a Reponse (Dkt 595), and Defendant has filed a Reply (Dkt 604) to the Government's Response.

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines reduced by two levels the offense levels assigned to the quantities that trigger the statutory mandatory minimum penalties in U.S.S.G. §§ 2D1.1 and 2D1.11. These modifications were made retroactive effective November 1, 2014. U.S.S.G. § 1B1.10.

Having fully considered the Sentence Modification Report (Dkt 588) and the Defendant's and the Government's responses (Dkts 592, 595, 604), the Court has determined that the defendant

is eligible for a reduction of sentence according to the policy statements of the U.S. Sentencing Commission.

Therefore, IT IS HEREBY ORDERED that Defendant's motion for modification of sentence (Dkt 533) pursuant to 18 U.S.C. § 3582(c)(2) is GRANTED.  Defendant's sentence is reduced to 125 months.


DATED: January 13, 2016			/s/ Janet T. Neff
						JANET T. NEFF
						United States District Judge